KELSEY SMITH & CO. v. WESTERMANN et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Kelsey Smith & Co. against Louis A. Westermann, Aaron T. Doty, and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Decision and judgment modified so as to reduce the finding of the amount of

plaintiff's lien by $425 held by McKinley, and as so modified affirmed, without costs. The seventh conclusion of law in the proposed conclusions of law is reversed. Let the order show findings in accordance with this determination.